IN THE DISTRICT COURT OF THE UNITED STATES
DISTRICT OF SOUTH CAROLINA
FLORENCE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | CRIMINAL NO: 4:16-cr-00576-RBH |
| v. | **O R D E R** |
| HORACE JAMARR BELLAMY | |

The within Motion is granted, and it is hereby ordered and decreed that the Indictment in Criminal Number 4:16-cr-00576 against Horace Jamarr Bellamy be and the same is hereby dismissed without prejudice.

| | |
|---|---|
| August 12, 2016 | s/ R. Bryan Harwell |
| Florence, South Carolina | R. Bryan Harwell |
| | United States District Judge |